**Dismiss and Opinion Filed December 14 , 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01121-CV

### JAMES L. ROSS, Appellant

### V.

### MCMASTER KERR HOLDINGS, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05458**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Whitehill
Opinion by Justice Myers

Stating all matters in controversy between the parties have been settled and he no longer

desires to prosecute the appeal, appellant has filed a motion to dismiss the appeal with prejudice.

We grant the motion to the extent we dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(a), 43.2(f).

/Lana Myers/
LANA MYERS
JUSTICE

151121F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JAMES L. ROSS, Appellant

No. 05-15-01121-CV      V.

MCMASTER KERR HOLDINGS, LLC, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-05458.
Opinion delivered by Justice Myers. Justices Fillmore and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** appellee McMaster Kerr Holdings, LLC recover its costs, if any, of this appeal from appellant James L. Ross.

Judgment entered this 14th  day of December, 2015.